## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| INDIANA INSURANCE COMPANY, an Indiana corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| MATRIX LS, INC., and CE DESIGN LTD., | ) ) ) | No. 06 CV 2115 |
| Defendants. | ) | |
| ---------------------------------------------------- | ) | Judge Leinenweber |
| CE DESIGN LTD., individually and as the representative of a class of similarly situated persons, | ) ) ) ) | |
| Counter-Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| INDIANA INSURANCE COMPANY, an Indiana corporation, | ) ) ) ) | |
| Counter-Defendant. | ) | |

### CE DESIGN'S OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH THE DEPOSITION SUBPOENA ON ATTORNEY JAY JUDGE

Defendant/Counter-Plaintiff, CE DESIGN LTD., by its attorneys, hereby opposes the

Plaintiff/Counter-Defendant, INDIANA INSURANCE COMPANY's Motion for Protective

Order and/or to Quash the Deposition of Attorney Jay Judge, for the following reasons:

**A.      INDIANA HAS TWICE FILED JAY JUDGE'S EVIDENTIARY AFFIDAVIT, FIRST IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND NEXT IN SUPPORT OF ITS MOTION TO DISMISS, THEREBY OPENING THE DOOR TO THE SUBPOENAED DEPOSITION OF AFFIANT JAY JUDGE.**

Indiana has filed Jay Judge's affidavit of February 13, 2007 (Exhibit A hereto) as an

exhibit (Doc. 30-2) to Indiana's Memorandum in Support of its Motion for Summary Judgment

(Doc. 30, dated February 27, 2007), and as an exhibit (Doc. 46-2) to Indiana's Memorandum in Support of its Motion to Dismiss CE Design Ltd.'s Counterclaim (Doc. 46, dated April 20, 2007). CE Design has served Jay Judge with a deposition subpoena in order to examine him with respect to the several statements he makes in his Affidavit of February 13, 2007 (Ex. A), including his statement that in December 2005, Indiana "agreed to defend Matrix LS, Inc. in this lawsuit." Jay Judge Aff. at ¶ 3 (Ex. A). CE Design intends also to examine him about the manner in which Indiana purportedly "agreed" to defend Matrix, including whether, prior to his appearance for Matrix, either he or Indiana disclosed Indiana's conflict of interest to Matrix, and whether Matrix gave its informed consent thereto. Indiana's conflict of interest arose from its purporting fully to reserve its rights to disclaim coverage, while it concurrently "agreed to defend Matrix LS, Inc. from this lawsuit." Jay Judge Aff. at ¶ 3 (Ex. A). *See Utica Mutual Ins. Co. v. David Agency Ins.*, 327 F.Supp.2d 922, 926-32 (N.D. Ill. 2004)("If a conflict of interest exists and the insurer nonetheless chooses to defend the insured, the insurer must do so under a proper reservation of rights or risk being estopped from raising coverage defenses"); *Williams v. American Country Ins. Co.*, 359 Ill. App. 3d 128, 833 N.E.2d 971, 979 (1st Dist. 2005)(same).

CE Design intends also to examine Jay Judge concerning the preparation of his February 13, 2007, affidavit (Ex. A), and any communications with or from Belgrade & O'Donnell with regard to the preparation of his affidavit or respecting Matrix LS, Inc. CE Design intends further to examine Jay Judge about his receipt, review, or possible preparation of, Indiana's reservation of rights letter of December 17, 2005 (Ex. B hereto), to Matrix LS, Inc, on which Jay Judge was copied, prior to his filing an appearance for Matrix in Case No. 05 L 269. These anticipated lines of inquiry at deposition do not intrude upon the attorney-client privilege or work product doctrine. Indiana has at any rate placed these matters in issue by submitting Jay Judge's affidavit

2

of February 13, 2007 (Ex. A), in support of Indiana's two dispositive motions.  CE Design

should be permitted to examine affiant Jay Judge on these matters.

**B.      CE DESIGN DOES NOT INTEND TO EXAMINE JAY JUDGE ON PRIVILEGED MATTERS INCLUDING HIS WORK PRODUCT, MENTAL IMPRESSIONS, THEORIES, OR STRATEGIES FORMED IN PREPARATION FOR TRIAL OF THE UNDERLYING CLASS ACTION, LAKE COUNTY CASE NO. 05 L 269.**

CE Design does **not** intend to examine Jay Judge at deposition about privileged matters,

including his attorney work product, or his mental impressions, theories, or strategies developed

in preparing for trial of the underlying class action.  Nor does CE Design intend to examine him

about communications, if any, between him and Matrix LS, Inc., after his filing of an appearance

for Matrix and pertaining to preparation for trial of the underlying cause of action, Case No. 05 L

269.  Consequently, Indiana's motion to quash the subpoena for deposition of Jay Judge should

be denied.  Indiana's counsel did not initiate any Local Rule 37.2 conference with CE Design's

counsel in a good-faith effort to resolve this discovery dispute concerning the subpoenaed

deposition of Jay Judge.  Indiana does not include any Local Rule 37.2 statement in its discovery

motion for a protective order and/or to quash the subpoena.  Indiana's motion for protective

order and/or to quash should be denied for its failure to include such a Local Rule 37.2

statement.  If Indiana had initiated a Local Rule 37.2 conference, any of its concerns regarding

the scope of CE Design's intended examination of Jay Judge would have been allayed, as CE

Design does not intend to examine Jay Judge on privileged matters concerning preparation for

trial of the underlying class action, but rather, on the non-privileged matters specified in Section

A, above.

**WHEREFORE**, Defendant/Counter-Plaintiff CE Design Ltd. prays that this Court enter

an Order denying Plaintiff/Counter-Defendant Indiana Insurance Company's Motion for

3

Protective Order and/or Motion to Quash Deposition Subpoena on Attorney Jay Judge, and

granting instead such further relief as is appropriate under the circumstances.

Respectfully submitted,

Date:  July 3, 2007


/s/ Steven A. Smith
Steven A. Smith, One of the Attorneys for
Defendant/Counter-Plaintiff, CE Design Ltd.


Brian J. Wanca                                Phillip A. Bock
Steven A. Smith                               DIAB & BOCK, LLC
ANDERSON + WANCA                              20 N. Wacker Drive, Suite 1741
3701 Algonquin Road, Suite 760                Chicago, IL  60606
Rolling Meadows, IL  60008                    Telephone:  312/334-1970
Telephone:  847/368-1500

## CERTIFICATE OF SERVICE

Steven A. Smith, one of the attorneys for Defendant/Counter-Plaintiff, CE Design Ltd., certifies that the within **CE Design's Opposition to Plaintiff's Motion for a Protective Order and/or to Quash the Deposition Subpoena on Attorney Jay Judge**, with Exhibits A and B thereto, was filed and served upon all counsel of record via electronic filing on this 3rd day of July, 2007.

/s/:  Steven A. Smith