# United States District Court

## Northern District of Illinois

### Eastern Division

Indiana Insurance Company          **JUDGMENT IN A CIVIL CASE**

      v.                              Case Number: 06 C 2115

Matrix LS, Inc., and CE Design Ltd.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Summary Judgment of Indiana Insurance Company is granted. The Counterclaim of CE Design Ltd., is dismissed.

                                             Michael W. Dobbins, Clerk of Court

Date: 12/11/2007                         _____

                                              /s/ Wanda A. Parker, Deputy Clerk