AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Indiana Insurance Company                    **JUDGMENT IN A CIVIL CASE**

v.                                   Case Number: 06 C 2115

Matrix LS, Inc., et al

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been
       tried and the jury rendered its verdict.

■      Decision by Court.  This action came  before the Court.  The issues have been tried or
       heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the defendant CE Design's Motion to
Dismiss is granted. The Court finds a clear record of delay by Plaintiff and dismisses its action
for declaratory judgment for failure to prosecute under FRCP 41(b).

Thomas G. Bruton, Clerk of Court

Date: 6/27/2012                    _____
                                   /s/ Wanda A. Parker, Deputy Clerk